**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SAMUEL L. MURPHY,**                                                                **PLAINTIFF**
**ADC #089219**

**v.**                              **Case No. 4:22CV00061-LPR**

**RODNEY WRIGHT,** *et al.*                                                     **DEFENDANTS**


## JUDGMENT

Pursuant to the order filed on this date, it is considered, ordered, and adjudged that plaintiff Samuel L. Murphy's complaint is dismissed without prejudice.   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Judgment and accompanying Order is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 13th day of April, 2022.


LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE